**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: MONMOUTH UNIVERSITY DATA BREACH LITIGATION | Civil Action No. 3:26-cv-03233-RK-JBD<br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING MEDIATION** |

**WHEREAS**, this action was consolidated pursuant to a Joint Stipulation and Order to Consolidate Actions and Appoint Interim Class Counsel, which was entered by the Court on May 5, 2026 (ECF No. 6) (the "Consolidation Order");

**WHEREAS**, in accordance with the schedule in the Consolidation Order, Plaintiffs Erin Masterson, Matthew Englehardt, and Jordan Staub ("Plaintiffs") filed their Consolidated Class Action Complaint (the "Complaint") on June 18, 2026 (ECF No. 13);

**WHEREAS**, pursuant to the Consolidation Order, Defendant Monmouth University, Inc. ("Monmouth") has until August 3, 2026 to file an answer to the Complaint or a pre-motion letter advising of its intent to file a motion to dismiss and requesting a pre-motion conference as set forth in Judge Kirsch's Judicial Rules and Procedures;

**WHEREAS,** the parties recently scheduled a mediation session for October 22, 2026 with a private mediator skilled in mediating cybersecurity cases such as this one; and

**WHEREAS,** the parties agree that a stay of the case pending mediation—including staying the time for Monmouth's expected response to the Complaint—will allow the parties to focus on mediation and is a more efficient use of time for both the parties and the Court than an expected pre-answer motion;

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties through their undersigned counsel:

1. This matter shall be stayed pending the parties' private mediation scheduled for October 22, 2026;

2. The parties shall file a joint report to the Court on the results of mediation on or before November 5, 2026;

3. Should the parties be unable to resolve the case at or following mediation, the parties shall include in their joint report to the Court referenced above a proposed schedule for the filing of Monmouth's anticipated response to the Complaint, including whether such response will be an answer or letter seeking a pre-motion conference in accordance with Judge Kirsch's Judicial Rules and Procedures.

Dated: July 23, 2026

By: *_/s/ James E. Cecchi_*
James E. Cecchi
Jason H. Alperstein
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
jalperstein@carellabyrne.com

Ken Grunfeld
**KOPELOWITZ OSTROW P.A.**
65 Overhill Rd
Bala Cynwyd, PA 19004
Telephone: (954) 525-4100
grunfeld@kolawyers.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
One W Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com

By: *_/s/ Eric R. Fish_*
Eric R. Fish
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
efish@bakerlaw.com

Casie D. Collignon*
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone: (303) 861-0600
ccollignon@bakerlaw.com

*Attorneys for Defendant Monmouth University, Inc.*

**pro hac vice* forthcoming

Gerald D. Wells, III
**LYNCH CARPENTER LLP**
1760 Market Street, Suite 600
Philadelphia, PA 19103
Telephone: (267) 609-6910
jerry@lcllp.com

*Attorneys for Plaintiffs and the Prop Class*

**SO ORDERED:**

This 27th day of July, 2026

ROBERT KIRSCH, U.S.D.J.
J. BRENDAN DAY, U.S.M.J.